### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) No. 05-30132-DRH |
| | ) |
| ANTHONY W. EASTER | ) |
| | ) |
|     Defendant. | ) |

## ORDER

In order to best serve the ends of justice and to conserve judicial resources and, pursuant to the provisions of Title 18, United States Code, § 3161, the above-styled cause is hereby continued to Monday, March 6, 2006 for trial. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial and, therefore, determines that any time elapsed is to be "excludable time," pursuant to Title 18, United States Code, §3161(h)(8)(A).

A hearing for a change of plea is hereby set for Friday, January 27, 2006 at 11:00 a.m.

**IT IS SO ORDERED.**

Signed this 4th day of January, 2006.

                                                      /s/          David RHerndon
                                                      **United States District Judge**